**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**

U.S.A.
v.

Deanna Kay

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
City ___ State ___ Zip Code ___

~~CITATION~~/CASE NO. 6:09-mj-00242-YNP

## ORDER TO PAY

**FILED**
NOV 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____     _____
                     Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ 115.00         (✓) Penalty ASSESSMENT of $ 10.00
(✓) PROCESSING Fee of $ 25.00     for a **TOTAL AMOUNT** of $ 150.00

paid within _____ days / months **OR** payments of $ _____ per month, commencing _____ and due on the 12/31/09 of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be (unsupervised) / supervised for: 6 months, obey all laws
_____
_____
_____

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 11/3/09     /s/ Velarde
                  FOR U.S. MAGISTRATE JUDGE Dennis L. Beck

1) Page 1 - Clerk's Office; 2) Page 2 & 3 - for defendant                    EDCA - Rev 3/2007